# United States Court of Appeals
## For the First Circuit

No. 02-1811

UNITED STATES OF AMERICA,

Appellee,

v.

CHARLIE WEBB,

Defendant, Appellant.

**ERRATA**

The opinion of this court, issued June 17, 2003, should be amended as follows:

On page 13, delete lines 1-6, and add "Absent a proper objection from the Defendant to the instructions given. The defendant is limited to arguing plain error pursuant to Rule 52(b). Fed. R. Crim. P. 30(d). The [continue with paragraph as is].